UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 26-07220 |
| Mabele N Abey | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Nancy A. Peterman |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

This matter coming before the court on the motion of Lakeview Loan Servicing, LLC ("Movant") for relief from the automatic stay,

IT IS ORDERED THAT:

(1) The motion is granted, as set forth herein. The stay is modified effective as of September 22, 2026 so as not to restrain Movant from pursuing in rem non-bankruptcy remedies as to 3000 Hickory Rd, Homewood, IL 60430-1406.

Enter: Nancy A. Peterman

Honorable Nancy A. Peterman
United States Bankruptcy Judge

Dated: August 25, 2026

**Prepared by:**

Michael P. Kelleher ARDC#6198788

Codilis & Associates, P.C.

15W030 North Frontage Road, Suite 100

Burr Ridge, IL 60527

(630) 794-5300

bkpleadingsNORTHERN@il.cslegal.com

File No. 14-26-02488