**Fill in this information to identify the case:**

Debtor 1    Mabele N Abey

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    Northern    District of    Illinois
(State)

Case number    26-07220

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against debtor's principal residence.**

**File this form as a supplement to your proof of claim.**  See Bankruptcy Rule 3002.1.

**Name of creditor:**    Lakeview Loan Servicing, LLC          **Court claim no.** (if known):    6

**Last 4 digits** of any number you use to
Identify the debtor's account:    9215

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

■ No
❑ Yes.  Date of the last notice:  _____/_____/_____

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---|---|

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed.  Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case.  If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1.  Late Charges | | (1) | |
| 2.  Non-sufficient funds (NSF) fees | | (2) | |
| 3.  Attorney Fees | $425.00 06/22/26 (Plan Review); $700.00 06/24/26 (Objection to Confirmation); | (3) | $1,125.00 |
| 4.  Filing fees and court costs | | (4) | |
| 5.  Bankruptcy/Proof of claim fees | $800.00 06/23/26 (Proof of Claim); $325.00 06/23/26 (Preparation of Loan Payment History (410A Form)); | (5) | $1,125.00 |
| 6.  Appraisal/Broker's price opinion fees | | (6) | |
| 7.  Property inspection fees | | (7) | |
| 8.  Tax Advances (non-escrow) | | (8) | |
| 9.  Insurance advances (non-escrow) | | (9) | |
| 10.  Property preservation expenses. Specify:_____ | | (10) | |
| 11.  Other. Specify:_____ | | (11) | |
| 12.  Other. Specify:_____ | | (12) | |
| 13.  Other. Specify:_____ | | (13) | |
| 14.  Other. Specify:_____ | | (14) | |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1

Debtor 1 _____Mabele N Abey_____     Case number *(if known)*  __26-07220_____
         First Name     Middle Name     Last Name

## Part 2:     Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

    ❑ I am the creditor.

    ■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

    ✗ __/s/ Michael Kelleher_____     Date    __July 13, 2026_____
        Signature

Print    __Michael Kelleher_____     Title    __Attorney for Creditor_____
        First Name      Middle Name      Last Name

Company    __Codilis & Associates, P.C._____

Address    __15W030 North Frontage Road, Suite 100_____
          Number      Street

          __Burr Ridge_____IL_____60527_____
          City          State     ZIP Code

Contact phone   __(630) 794-5300_____     Email    __bkpleadingsNORTHERN@il.cslegal.com__

File No. 14-26-02488

Official Form 410S2          **Notice of Postpetition Mortgage Fees, Expenses, and Charges**          page 2

CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2026, a true and correct copy of the above and foregoing documents shall be served via electronic means, if available, otherwise by regular, first class mail on July 13, 2026 to the following parties at the addresses indicated by deposit in the United States Mail, first class postage prepaid.

Marilyn O Marshall, Chapter 13 Trustee, 224 South Michigan, Ste 800, Chicago, IL 60604 by ECF Notice
Mabele N Abey, Debtor, 3000 Hickory Rd., Homewood, IL 60430
David H Cutler, Attorney for Debtors, 4131 Main St., Skokie, IL 60076 by ECF Notice
Office of the U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, IL 60604 by ECF Notice

/s/ Michael Kelleher
Attorney for Creditor

Terri M. Long ARDC#6196966
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Berton J. Maley ARDC#6209399
Michael P. Kelleher ARDC#6198788
Kerrie S. Mattson-Neal ARDC#6270224
Juanita M. Deaver SBOT#24126385
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
bkpleadingsNORTHERN@il.cslegal.com
14-26-02488

NOTE: This law firm is a debt collector.